1 The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
2 8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
3 (562) 904-6955 (562) 904-6965 Fax
JUDITH S. LELAND (State Bar No: 63747)
4 E-mail: tracey@disabilitylawfirm.com

5 Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| BERNARD GUEVARA,<br>　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br>　　Defendant. | CIVIL NO. CV 12-1988-AGR<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND THREE HUNDRED DOLLARS ($3,300.00), as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: May 22, 2013

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE